

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2015

No. 04-14-00288-CR

Ricardo Roger **MORALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1384-CR-A
William Old, Judge Presiding

## O R D E R

On December 10, 2014, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief and obtain a copy of the record. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel provided appellant with an "Appellant's Motion for *Pro Se* Access to the Appellate Record." On December 22, 2014, the State filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief. Because appellant had not requested access to the record as of December 31, 2014, this court issued an order informing appellant that if he desired to file a pro se brief, he must do so no later than February 13, 2015. However, on January 9, 2015, appellant filed a motion requesting access to the record.

We WITHDRAW our order dated December 31, 2014 and issue this order in its place. Appellant's motion to access the record is GRANTED. It is ORDERED that the district clerk of Guadalupe County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 13-1384-CR-A to appellant at **Ricardo Roger Morales #1922160, Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886** no later than January 23, 2015. It is FURTHER ORDERED that the district clerk file written notice in this court no later than January 23, 2015 confirming the date the record was sent to appellant.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

We further ORDER the clerk of this court to serve a copy of this order on appellant, appellant's counsel, the attorney for the State, and the clerk of the trial court.


_____
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court